Ralph Carlyle, Plaintiff-Appellant, v. Kathryn Carlyle, Defendant-Appellee.

Gen. No. 60-O-7. 

Fourth District.

December 5, 1960.

L. Minton, of McLeansboro, for appellant; Hart & Hart, of Benton, for appellee. Opinion by JUSTICE HOFFMAN. Not to be published in full.